**Kelvin A. CANADA, Plaintiff–
Appellant,**

v.

**Ricky FANNIN, Former Correctional Officer at Red Onion State Prison; J. Nale, Officer at Red Onion State Prison; J. Barrett, Officer at Red Onion State Prison; R. Gibson, Officer at Red Onion State Prison, Defendants–Appellees.**

No. 11–7212.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Kelvin A. Canada, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Fannin*, No. 7:10–cv–00432–SGW, 2011 WL 3880951 (W.D.Va. Sept. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*